FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 NOV 20  AM 9:53

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| IN RE: | |
| TYSON A. WEBB, | CIVIL ACTION NO. |
| Debtor, | 6:12-CV-61 |
| TYSON A. WEBB, Plaintiff, | |
| v. | CHAPER 13 NO. 09-60682 |
| FAMOUS CREDIT CORP., Defendant. | ADVERSARY NO. 11-6022 |

## STIPULATION OF DISMSISSAL WITH PREJUDICE

Pursuant to Bankruptcy Rule 7041 and F.R.C.P. 41, by stipulation of the parties as evidenced by the signatures of counsel affixed hereto, Adversary Proceeding No. 11-6022 is hereby dismissed with prejudice. Each party will bear their own costs.

This the 19th day of October, 2012.

_____
Angela McElroy-Magruder
State Bar No. 113625
Attorney for Plaintiff
512 Telfair Street
Augusta, Georgia 30901
(706) 724-6000

_____
Daniel L. Wilder
State Bar No. 141448
Attorney for Defendant
544 Mulberry St., Ste 800
Macon, GA 31201
(478) 745-5415

APPROVED:

_____
B. Avant Edenfield
Judge, U. S. District Court
Southern District of Georgia